**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOSEPH JASKULSKI, | : | No. 201 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WEIS MARKETS INC. (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.